

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00326-CV

**IN THE INTEREST OF A.D.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01927
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to August 24, 2015. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court